(No. 6141—

CHARLES McCORKLE, JR., Claimant, *vs.* STATE OF ILLINOIS, SENATE OPERATIONS COMMITTEE, Respondent.

*Opinion filed October 12, 1971.*

CHARLES McCORKLE, JR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6195—

COMMONWEALTH EDISON COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed October 12, 1971.*

JOSEPH C. SIBLEY, JR. and EMMET T. GALLAGHER, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.